**JS–6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CESAR ACEVEDO

    Plaintiff(s),

 v.

ALLA MODA GROUP, INC. , et al.



    Defendant(s).

CASE NO:
2:25−cv−12168−FMO−BFM


**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

  Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within <u>30 days</u>, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. <u>See</u> Fed. R. Civ. P. 41(b); <u>Link v. Wabash R.R. Co.</u>, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated The 18th of February 2026   _____/s/_____
              Fernando M. Olguin
            United States District Judge